JAM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 26 2019 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

KOURTNEY ALEXANDRA KING,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE NORTHERN DISTRICT OF WEST VIRGINIA

Fed. R. Crim. P. 5

MJ 19- 863

EASTERN DISTRICT OF NEW YORK, SS:

DAWN MAHONEY, being duly sworn, deposes and says that he is a Deputy United States Marshal, with the United States Marshal Service ("USMS"), duly appointed according to law and acting as such.

Upon information and belief, on or about August 14, 2019, an arrest warrant was issued by the United States District Court for the Northern District of West Virginia on a violation of supervised release, charging the defendant, KOURTNEY ALEXANDRA KING, with violations of Title 18, United States Code, Section 3142.

The source of your deponent's information and the grounds for his belief are as follows:

1. On or about September 5, 2012 the defendant, KOURTNEY ALEXANDRA KING was sentenced in United States District Court, Northern District of West Virginia, for a violation of Title 21, United States Code, Section 1544,Misuse of a

Passport. KING was sentenced to a term of 8 months' incarceration to be followed by 36 months' supervised release.

2. After multiple extensions of her court-ordered voluntary surrender date, the KOURTNEY ALEXANDRA KING defendant was ordered to self-report date to August 12, 2019, before 12:00 p.m. She failed to self-report as ordered and has not done so to date.

3. On August 14, 2019, an arrest warrant was issued by the United States District Court for the Northern District of West Virginia. A copy of the arrest warrant is attached hereto (the "Arrest Warrant").

4. On or about September 26, 2019, a vehicle registered to the defendant was observed driving in Freeport, New York. Pursuant to a lawful traffic stop, KOURTNEY ALEXANDRA KING was believed to be driving the vehicle, in that the driver appeared to be the same person depicted in the photograph contained in the Arrest Warrant. Furthermore, the defendant identified herself as KOURTNEY ALEXANDRA KING.

5. It is the desire of the United States Attorney for the Northern District of West Virginia that the defendant KOURTNEY ALEXANDRA KING be removed to that district for prosecution.

WHEREFORE your deponent respectfully requests that the defendant KOURTNEY ALEXANDRA KING be removed to the Northern District of West Virginia so that he may be dealt with according to law.

DAWN MAHONEY
Deputy Marshal
USMS

Sworn to before me this
26th day of September, 2019

/s/ A. Kathleen Tomlinson

THE HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev 01/09) Arrest Warrant

10735866
1987-0814-0993-B

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

2019 AUG 14 PM 4: 44

United States of America
v.
KOURTNEY ALEXANDRA KING
*Defendant*

Case No. 5:18-CR-48

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KOURTNEY ALEXANDRA KING, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Pretrial Release: See attached copy of Petiton/Order

In violation of Title 18, United States Code, Section 3142. (Copy of Petition/Order is attached for service upon defendant.)

UPON ARREST DEFENDANT TO BE DETAINED AS ORDERED BY FREDERICK P. STAMP, JR., SENIOR U. S. DISTRICT JUDGE

Date: 08/14/2019

S. O. Abraham
/s/ Sue O. Abraham, Deputy Clerk
*Issuing officer's signature*

City and state: Wheeling, WV

for CHERYL DEAN RILEY, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: KOURTNEY ALEXANDRA KING

Known aliases:

Last known residence: 55 Brown Blvd., Wheatley Heights, NY

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. KOURTNEY ALEXANDRA KING Docket No.: 5:18CR48

**Petition for Action on Conditions of Pretrial Release**

COMES NOW CORY W. BISH, U. S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KOURTNEY ALEXANDRA KING, who was placed under pretrial release supervision by the Honorable James P. Mazzone sitting in the Court at Wheeling, West Virginia, on November 21, 2018, under the following conditions:

See attached conditions of release

Note: On May 20, 2019, the defendant appeared before Your Honor for sentencing. The defendant was sentenced to 8 months imprisonment, 3 years supervised release, and a $100 special assessment fee. The defendant's offense of conviction was Misuse of a Passport, in violation of Title 18 U.S.C. § 1544. The defendant was allowed to voluntarily surrender for sentence on June 20, 2019. On June 13, 2019, an Order was signed by Your Honor granting the defendant's motion to extend her self-report date to July 22, 2019, before 12:00 p.m. On July 16, 2019, an Order was signed by Your Honor granting the defendant's motion to extend her self-report date to August 12, 2019, before 12:00 p.m.

Respectfully presenting petition for action of court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | The defendant has violated conditions (1) and (4). On August 13, 2019, the defendant was arrested by the Shelton, Connecticut Police Department and charged with the offenses of Assault 3rd Degree and Disorderly Conduct. On that same date, the defendant was released on a $500 bond. The defendant has also failed to surrender for service of sentence as directed by August 12, 2019 before 12:00 p.m. (See attached Incident Report). |

**PETITIONING THE COURT**

- [X] To issue a warrant
- [ ] To issue a summons
- [ ] Neither

U. S. Pretrial Services Officer Recommendation:

The term of supervision should be:

- [X] Revoked
- [ ] No action taken at this time
- [ ] The conditions of supervision should be modified as follows:

Respectfully,

Cory W. Bish
U. S. Pretrial Services Officer
Place: Wheeling, West Virginia
Date: August 14, 2019

THE COURT ORDERS

- [ ] No action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

ORDER OF COURT

Considered and ordered this 14th day of August, 2019 and ordered filed and made a part of the records in the above case.

[signature]
U. S. District Judge

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

FILED
NOV 21 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

United States of America
v.
KOURTNEY ALEXANDRIA KING
*Defendant*

Case No. 5:18-CR-48

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any ch of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the c may impose.

The defendant must appear at: 1125 Chapline Street, Wheeling, WV 26003
Wheeling Magistrate Courtroom, 4th Floor
*Place*

on NOVEMBER 26, 2018 AT 10:00 AM
*Date and Time*

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization ______
Address *(only if above is an organization)* ______
City and state ______ Tel. No. ______

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______ *Custodian* ______ *Date*

## ADDITIONAL CONDITIONS OF RELEASE

( X ) (7) The defendant shall:

( X ) (a) submit to supervision by and report for supervision to United States Probation telephone number 304-232-8474 no later than AS DIRECTED

( X ) (b) continue or actively seek employment.

(  ) (c) continue or start an education program.

(  ) (d) surrender any passport to: ______

(  ) (e) not obtain a passport or other international travel document.

( X ) (f) abide by the following restrictions on personal association, residence, or travel: travel restricted to Northern District of West Virginia and Northern District of Ohio

( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.

(  ) (h) get medical or psychiatric treatment: ______

(  ) (i) return to custody each ______ at ______ o'clock after being released at ______ o'clock for employment, schooling, or the following purposes: ______

(  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (k) not possess a firearm, destructive device, or other weapon.

( X ) (l) not consume alcohol.

( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner.

( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

(  ) (i) **Curfew.** You are restricted to your residence everyday from ______ to ______ or as directed by the pretrial services office or supervising officer; or

(  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

(  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

(  ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

(  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.

( X ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

( X ) (u) not abuse prescription medication.

( X ) (v) shall be prohibited from possessing a potentially vicious or dangerous animal or residing with anyone who possesses a potentially vicious or dangerous animal. The Probation Officer has sole authority to determine what animals are considered to be potentially vicious or dangerous.

(  ) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X [signature]
*Defendant's Signature*

*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 11-21-18

[signature]
*Judicial Officer's Signature*

James P. Mazzone, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

Shelton Police Department
85 Wheeler Street, Shelton CT 06484
(203) 924-1544

# CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1800024868 | 3 | 08/13/2019 08/13/2019 | 00:37 | 08/13/2019 | 01:33 | Simple Assault | 0805 | Officer Iacuone, Brian | 10943 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 051 | BIA1119 | 08/13/2019 | 01:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00149 | SHELTON | | | Closed by Arrest | T128 |

STATUS CODE C=COMPLAINANT V=VICTIM A=ARRESTEE J=JUVENILE H=OTHER M=MISSING W=WITNESS O=OFFENDER D=DRIVER S=SUSPECT P=POLICE OFFICER T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | DL STATE & NO. |
|---|---|---|---|---|---|---|---|
| C | Archer, Stephanie | F | W | | Hom | Shelton CT | CT |
| A O | King, Kourtney | F | B | | Cer | NY | VA |
| J | Marcano, Justin Jr. | M | B | | | WV | CT |
| J | Marcano, Julius | M | B | | | healing wv | CT |
| W | Marcano, Justin | M | W | | Cel | CANTON OH | OH |

| ARRESTEE NAME | CHARGES | | CNTS | COURT DATE | BOND |
|---|---|---|---|---|---|
| King, Kourtney | 53a-182 | DISORDERLY CONDUCT | 1 | 08/22/2019 | $500 |
| | 53a-61 | ASSAULT 3RD DEG | 1 | | $ |

On 8/13/19 Officer E. White and I, Officer Iacuone, were dispatched Av for an assault complaint. While en route, dispatch relayed that the offender left in a black Escalade with Ohio plates. Lieutenant Kunkel and Officer Napoleone checked the route 8 and Bridgeport Av area for said vehicle. Lt. Kunkel soon located and stopped the vehicle on Route 8 South just prior to exit 11. EMS was also dispatched and arrived a short time later.

Upon my arrival, I spoke with the complainant, Stephanie Archer, who stated the following. That she was home sleeping when she was awoken by her dog barking at 0028 hours. Archer could hear someone knocking quietly on her front door. She assumed it was her ex-boyfriend, Justin Marcano, because there wouldn't be anyone else knocking at her door at this hour. Archer went over and opened the door, where she saw Marcano and his ex-wife, Kourtney King arguing in the front yard. She heard King say to Marcano "you can't take the

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. Brian Iacuone/ | 10943 | 08/13/2019 | /LT. Matthew Kunkel/ | 10476 |

08/13/2019 09:31 2039246515 SPD RECORDS PAGE 02/03

1900024688 Cont.



**Shelton Police Department**
85 Wheeler Street, Shelton CT 06484
(203) 924-1544

SUPPLEMENTARY ☐

## CASE/INCIDENT REPORT

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900024688 | 3 | 08/13/2019 08/13/2019 | 00:37 | 08/13/2019 | 01:33 | Simple Assault | 0805 | Officer Iacuone, Brian | 10943 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 051 | BIA1119 | 08/13/2019 | 01:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00149 | SHELTON | | | Closed by Arrest | T126 |

kids tonight because you are coming here". King then turned her attention toward Archer and started yelling at her for taking Marcano back. Archer asked King "do you see what time of night it is, can you please get off my property", but King said no and threaten to kick Archer's ass. King then quickly walked toward Archer who was still standing in the front door, pulled the screen door open and started to walk into the house. King threw a punch at Archer, but missed. Archer then tried to get King out of the house so she started pushing King out the front door. They both ended up on the front porch where they continued to "tussel" for a few minutes and Archer ended up falling on to the ground, hitting her head on the concrete porch floor. King then walked away from Archer and walked toward her vehicle. King picked something up off the ground, which Archer believed might have been either King's cell phone or car keys, and then got in her car and left. I observed a bump on Archer's head just above her left eye, and a small cut on her left eyebrow. EMS tended to Archer's injuries and suggested to Archer that she go to the hospital to be examined, but she refused transport to the hospital. Archer stated that she wanted to pursue criminal charges against King. Archer provided a written statement which is attached to this case file. Marcano was on scene and corroborated Archer's account of the incident.

At this point, Marcano was transported by Officer White to where Lt. Kunkel and Officer Napoleone had detained King. Officer Napoleone relayed to me that King stated she went to Archer's house to drop off Marcano. Archer came out of her house and they started arguing. King noticed that Archer was wearing flip flops, and as Archer walked out the front door, she saw Archer trip and fell to the ground. That King denied ever putting her hands on Archer, and she left after that. King was then taken into custody and transported to headquarters by Officer Napoleone. At headquarters, King was processed and charged with Disorderly Conduct, 53a-182, and Assault 3rd 53a-61, and was placed on a $500 bond. King posted the bond with the assistance of Malerba Bail Bonds and was given a court date of 8/22/19 at

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. Brian Iacuone/ | 10943 | 08/13/2019 | /LT. Matthew Kunkel/ | 10476 |

Shelton Police Department
85 Wheeler Street, Shelton CT 06484
(203) 924-1544

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFB NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900024888 | 3 | 08/13/2019 08/13/2019 | 00:37 | 08/13/2019 | 01:33 | Simple Assault | 0905 | Officer Iacuone, Brian | 10943 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | 051 | BIA1119 | 08/13/2019 | 01:33 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00148 | SHELTON | | | Closed by Arrest | T126 |

GA 5 (Derby). Noted, while processing King, she stated that she is scheduled to turn herself in to federal court in Philedelphia tomorrow morning where she is sentenced to serve an 8 month sentence. Because of that she will not be able to make her court date on 8/22/19 for this arrest.

Marcano drove King's vehicle and the two children, Justin Jr and Julius Marcano ages 5 & 3, home. Both children were sleeping in the vehicle during the incident.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /OFC. Brian Iacuone/ | 10943 | 08/13/2019 | /LT. Matthew Kunkel/ | 10476 |